**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6814**

_____

JEREMIAH MONTGOMERY JONES,

             Plaintiff – Appellant,

        v.

NORTH BRANCH CORRECTIONAL INSTITUTE; J. MICHAEL STOUFFER,
Commissioner of Corrections; JOHN ROWLEY, NBCI Warden; SIRUS
THOMAS, Sgt.; K. LAMP, Chaplain,

             Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (1:08-
cv-01094-AMD)

_____

Submitted:  September 29, 2009        Decided:  October 7, 2009

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremiah Montgomery Jones, Appellant Pro Se.  Phillip M. Pickus,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Montgomery Jones appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. Rowley</u>, No. 1:08-cv-01094-AMD (D. Md. Apr. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>